PROB 12A
4/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina



FILED
AUG 14 2006

### Report of Offender Under Supervision

Name of Offender: JEROME ANDERSON  Case Number: 1:01CR340-1

Name of Sentencing Judicial Officer: The Honorable Frank W. Bullock, Jr.

Date of Original Sentence: April 25, 2002

Original Offense: Bank Robbery with a Dangerous Weapon in violation of 18 U.S.C. § 2113(d).

Original Sentence: 64 months to run concurrently with the state sentence, five years supervised release.

June 20, 2006: Modification for Community Corrections Center Placement was filed.

Type of Supervision: Supervised Release    Date Supervision Commenced: June 9, 2006
                                           Date Supervision Expires: June 8, 2011

Assistant U.S. Attorney: L. Patrick Auld           Defense Attorney: Louis C. Allen, III

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NONCOMPLIANCE |
|---|---|
| The defendant shall cooperatively participate in a program of the Community Corrections Center until discharged by the center director and/or probation officer, but no later than 180 days from admission. | Mr. Anderson was unsuccessfully terminated from Dismas Charities in Greensboro, NC, on July 6, 2006, because he left without permission on several occasions. |
| The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. | Mr. Anderson tested positive for cocaine on June 12, 2006, and July 24, 2006. |

U. S. Probation Officer Action:

Mr. Anderson was released from the Bureau of Prisons on June 9, 2006, and reported to the probation office on June 12, 2006. Mr. Anderson had no family or funds available to establish a residence of his own. Mr. Anderson was residing at the Weaver House located in Greensboro, NC. On June 20, 2006, a modification was filed by the Court to place Mr. Anderson in a Residential Re-entry Center (RRC). Mr. Anderson entered Dismas Charities RRC on June 27, 2006.

Mr. Anderson tested positive for cocaine on June 12, 2006, on a hand-held drug test. The specimen was forwarded to Scientific Testing Laboratories, Inc., and confirmed positive on June 26, 2006. Mr. Anderson has been diagnosed with schizophrenia and is taking medication. He has followed through with all mental health appointments as required by the probation officer.

On July 6, 2006, this officer was contacted by Dismas Charities RRC and was informed that Mr. Anderson had left the facility without permission, and this was not the first time. On July 6, 2006, Mr. Anderson reported to the probation office with his sister, Karen Trayaham. Mr. Anderson requested permission to reside with his sister in Greensboro, NC. When he was released from the Bureau of Prisons, he did not realize she was residing in Greensboro. This probation officer conducted a home visit with Ms. Trayaham at 205 Ray Street, Greensboro, NC, and the residence was appropriate. On July 6, 2006, Mr. Anderson was terminated from Dismas Charities RRC. Mr. Anderson's original placement at Dismas Charities RRC was due to his homeless status rather than violation behavior.

On July 24, 2006, Mr. Anderson reported to the probation office and was very upset. He acknowledged that he had used cocaine on July 22, 2006. Mr. Anderson tested positive for cocaine on July 24, 2006, on a hand-held drug test. Mr. Anderson stated that he would not be able to continue residing with his sister, Karen, and he was having a difficult time finding employment. Mr. Anderson advised that his brother, Daniel Anderson, was on his way to Greensboro, NC. The probation officer contacted Daniel Anderson, and he reported to the office to discuss the matter. Daniel Anderson resides at 821 Main Street, Myrtle Beach, SC, and owns his own business, Anderson Installation Flooring Products. Jerome requested permission to move to the District of South Carolina.

This probation officer decided that it would be in Jerome's best interest to reside with his brother, Daniel Anderson. Mr. Anderson has a strong relationship with his brother, Daniel Anderson. Daniel Anderson is aware of Jerome's mental illness and is willing to transport him to his mental health appointments and substance abuse treatment.

Mr. Anderson has been compliant with all conditions of supervision, except for his illegal drug use. The probation office feels strongly that residing with Daniel Anderson would be beneficial to Mr. Anderson's supervision. The District of South Carolina has accepted supervision, and Mr. Anderson will be participating in a dual-diagnoses program that will address mental health and substance abuse issues. It is the recommendation of the probation officer that Mr. Anderson be continued on supervised release.

Respectfully submitted.

*Elizabeth Walser*
Elizabeth Walser
U.S. Probation Officer

Approved by:

*Dale R. Cauble*                                              8.9.06
Dale R. Cauble                                                Date
Supervising U.S. Probation Officer

---

[✓] The Court Adopts the Recommendation(s) of the Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

August 14, 2006
Date